IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| **CALVIN E. CLEMINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Civil Action No.: 5:13cv00047 |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | By: Hon. Michael F. Urbanski |
| **Commissioner of Social Security,** | ) | United States District Judge |
| | ) | |
| **Defendant.** | ) | |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this day, it is **ORDERED** and **ADJUDGED** that the plaintiff's motion for summary judgment, Dkt. No. 15, is **DENIED**, that the Commissioner's motion for summary judgment, Dkt. No. 17, is **GRANTED**, that the report and recommendation, Dkt. No. 20, is **ADOPTED in its entirety,** that the Commissioner's final decision is **AFFIRMED**, and that this matter is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order to all counsel of record.

Entered: August 18, 2014

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge